UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIC FLORES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 2:12-cv-00189-DBH |
| | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| US DEPARTMENT, et al., | ) |
| | ) |
| Defendants | ) |

## RECOMMENDED DECISION

On June 14, 2012, plaintiff filed a complaint in this court listing United States Department of Health and Human Services, United States Attorney General, and Public Health Service named Sierra Medical Center as defendants. He neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. On June 15, 2012, U.S. Magistrate Judge Margaret Kravchuk issued an Order that plaintiff file a properly completed application for leave to proceed in forma pauperis and provide the name and address of the facility within which he is housed by July 16, 2012, failing which the Court would issue a recommendation that the action be dismissed. As of today's date, there has been no communication from Plaintiff.

Accordingly, it is recommended that the Complaint be DISMISSED for lack of prosecution.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

      Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

July 23, 2012                        /s/ David M. Cohen
                                       U.S. Magistrate Judge