UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ERIC FLORES, )<br>)<br>        **PLAINTIFF** )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HEALTH AND HUMAN )<br>SERVICE, ET AL., )<br>)<br>        **DEFENDANTS** ) | CIVIL NO. 2:12-CV-189-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 23, 2012, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision. The time within which to file objections expired on August 9, 2012, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal. After the Recommended Decision was mailed to the plaintiff at the address he gave in his Complaint, it was returned with a U.S. Postal Service sticker dated August 4, 2012, that reads: "Return to Sender, Not Deliverable as Addressed, Unable to Forward" (ECF No. 5). The Clerk's Office has no other address for the plaintiff.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED** for lack of prosecution.

**SO ORDERED.**

DATED THIS 17TH DAY OF AUGUST, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**